FILED
JUL 21 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER E. SMITH, ) <br> ) <br> Defendant. ) | 2:08-CR-306-KJD (GWF) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT CHRISTOPHER E. SMITH**

On March 11, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant CHRISTOPHER E. SMITH to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant CHRISTOPHER E. SMITH.

DATED this 2¹ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE