1

2

3

4

5

6                                   **UNITED STATES DISTRICT COURT**

7                                       **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                             )
9                        Plaintiff,          )
                                             )
10              v.                           )          2:08-CR-306-KJD (GWF)
                                             )
11   CHRISTOPHER E. SMITH,                   )
                                             )
12   _____Defendant._____    )

13                                 **FINAL ORDER OF FORFEITURE**

14            On March 11, 2010, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture (Docket #82) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title

16   18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based

17   upon the plea of guilty by defendant CHRISTOPHER E. SMITH to criminal offense, forfeiting

18   specific property alleged in the Second Superseding Criminal Indictment (#31) and shown by the

19   United States to have a requisite nexus to the offense to which defendant CHRISTOPHER E. SMITH

20   pled guilty.

21            On March 17, 2010, the Notice of Filing Declaration of Administrative Forfeiture was filed

22   evidencing publication on June 21, 2007, June 28, 2007, and July 5, 2007, and service of process in

23   the Administrative Forfeiture, completing the requirements of the Preliminary Order of Forfeiture.

24   #84.

25            This Court finds the United States of America published the notice of the forfeiture in

26   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1   consecutively from October 16, 2010 through November 14, 2010, further notifying all known third

2   parties by personal service or by regular mail and certified mail return receipt requested, of their right

3   to petition the Court. #95.

4           The United States served all known third parties petitioners by personal service or by regular

5   mail and certified mail return receipt requested. In addition, the United States also served the

6   following:

7                   a.      Anthony DeMarco Sanders had actual knowledge of this case but refused

8                           personal service on April 7, 2010 and on August 23, 2010. #92, p. 2-3.

9           This Court finds no petition was filed herein by or on behalf of any person or entity and the

10  time for filing such petitions and claims has expired.

11          This Court finds no petitions are pending with regard to the assets named herein and the time

12  for presenting such petitions has expired.

13          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

14  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

15  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

16  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

17  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

18  law:

19          a)      a Ruger, model 10/22, 22 caliber rifle, serial number 257-04399;

20          b)      a Ruger 10 shot magazine;

21          c)      two (2) rounds of assorted .22 caliber ammunition;

22          d)      a Glock Inc., model 27, .40 caliber pistol, serial number

23                  MGD506;

24          e)      nine (9) rounds of assorted .40 caliber ammunition;

25          f)      a Glock .40 caliber magazine; and

26          g)      eight (8) rounds of assorted .40 caliber ammunition ("property").

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

2  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

3  any income derived as a result of the United States of America's management of any property forfeited

4  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

5    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

6  certified copies to the United States Attorney's Office.

7    DATED this _20th_____ day of _December_____, 2010.

8

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26